# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 00-2839

—————

United States of America,                    *
                                             *
                         Appellee,           *    Appeal from the United States
                                             *    District Court for the District
            v.                               *    of Nebraska.
                                             *
Armando Palma-Martinez,                      *         [UNPUBLISHED]
                                             *
                         Appellant.          *

—————

Submitted: February 5, 2001

Filed: February 8, 2001

—————

Before McMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

—————

PER CURIAM.

Armando Palma-Martinez pleaded guilty to transporting illegal aliens for commercial advantage and private financial gain. On appeal from the sentence of imprisonment and supervised release imposed by the district court,[*] Palma-Martinez's counsel filed a brief contending the district court imposed an overly harsh sentence and moved to withdraw under Anders v. California, 386 U.S. 738 (1967). Palma-Martinez raises several additional arguments in his pro se supplemental brief. Having considered

_____

[*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

the briefs filed by counsel and Palma-Martinez and the record, we find no nonfrivolous issues for appeal. <u>See</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988); <u>Anders</u>, 386 U.S. at 744. We thus affirm the judgment of the district court and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.